UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:15-cr-00611-SVW |
| Date | June 19, 2017 |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

Interpreter

| Paul M. Cruz | Deborah Gackle | Valerie L. Makarewicz / James Hughes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Sean David Morton, pro se | | | X | | | | |

**Proceedings:**   STATUS CONFERENCE re SENTENCING

Case called. Counsel state there appearances. The Court notes that defendant has failed to appear.

The Court orders that a bench warrant issue for the defendant's arrest.

WARRANT ISSUED.

:   13

Initials of Deputy Clerk   PMC

cc: USPO
    USM
    PSLA