SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JAMES C. HUGHES (CBN 263878)
VALERIE L. MAKAREWICZ (CBN 229637)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2729
    Facsimile: (213) 894-0115
    E-mail: Valerie.Makarewicz@usdoj.gov
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN DAVID MORTON, et al.,<br><br>Defendant. | No. CR 15-00611-SVW<br><br>**UNITED STATES' AMENDED SENTENCING MEMORANDUM FOR DEFENDANT SEAN DAVID MORTON; DECLARATION** |

The United States of America, by and through its undersigned counsel, hereby submits an amended memorandum regarding its sentencing position in anticipation of the sentencing of defendant Sean David Morton currently scheduled for September 18, 2017.

As set forth more fully below, the United States requests that the Court sentence defendant to a term of imprisonment of 109 months, followed by 5 years of supervised release, and further order that defendant pay $480,322.55 in restitution to the Internal Revenue Service (IRS), and a special assessment of $2,900.

The United States' Sentencing Brief is based on the attached memorandum of points and authorities, the PSR, the Letter, the evidence and testimony adduced at the trial of this case, the records and files, the Declaration of IRS-CI Special Agent John Lucero and supporting exhibits attached thereto previously filed, the Declaration of IRS-CI Special Agent Peter Lu, filed concurrently herein, and any argument the Court may adduce at the hearing on this matter.

DATED: September 6, 2017    SANDRA R. BROWN
             Acting United States Attorney
             THOMAS D. COKER
             Assistant United States Attorney
             Chief, Tax Division

             _____/s/_____
             VALERIE L. MAKAREWICZ
             JAMES C. HUGHES
             Assistant United States Attorneys
             Attorneys for the United States of America

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    Summary of the United States' Amended Sentence Recommendation

Defendant was to be sentenced on June 19, 2017.  When he failed to appear for such hearing, this Court issued a bench warrant for his arrest.

During the 61 days as a fugitive, defendant flagrantly flouted the law, appeared on social media, his radio program, and YouTube to brag about his status as a fugitive, until on August 21, 2017, when defendant was apprehended with his co-defendant, Melissa Morton, observing the solar eclipse pool-side at the Desert Hot Springs Hotel and Spa, in Desert Hot Springs, California.

From the date this criminal case was instituted against him and his wife to the date of their capture, defendant has willingly obstructed this proceeding.  As such, the 2-point obstruction adjustment under U.S.S.G. § 3C1.1 to defendant's total combined adjusted offense level is wholly appropriate in this instance and should be imposed by the Court.  The government asserts that a term of **109 months** imprisonment is warranted in this case, as explained further below.

### II.   Defendant's conduct from June 19, 2017 to present

#### a.   June 19, 2017

As the court is aware, defendant was to be sentenced on June 19, 2017 at 11:00 a.m., but did not appear.  At approximately 11:25 a.m., the Court called the case and with no appearance by defendant, issued a bench warrant for his arrest.

Beginning at approximately 1:35 p.m. on June 19, 2017, IRS-CI Special Agents conducted surveillance of the defendants' apartment located in Hermosa Beach, California.  Defendants' vehicle, a white 2006 Ford Escape, was not in the driveway of their residence, but special agents soon found it parked in the parking lot of a Domino's Pizza on Pacific Coast Highway between 2nd and 3rd street in Hermosa Beach, California. Declaration of IRS-CI Special Agent Peter Lu, ¶ 2.

At about 2:22 p.m., IRS-CI Special Agents witnessed defendant walking briskly to his SUV, wearing a grey hooded sweatshirt (with the hood on), a hat,

and sunglasses, and carrying a black computer bag.  Agents then saw defendant open the driver's side of the SUV, take off his sweatshirt, place his bag and sweatshirt inside, and get into the SUV and drive away, onto PCH heading south. Lu Decl., ¶ 3.

IRS-CI Special Agents followed defendant for several miles and observed him entering the 91 Freeway heading east.  Agents followed defendant for several miles eastbound on the 91 Freeway and then observed him exit onto Magnolia Street from the 5 Freeway South/91 east interchange.  After exiting onto Magnolia Street, defendant abruptly made a U-turn and entered the 5 Freeway southbound again.  Then, defendant abruptly exited the 5 Freeway south at Lincoln Avenue, wherein he made a right turn, and then another right turn on Loara Street, before he parked his SUV near the corner of Loara Street and Lincoln Avenue in Anaheim, California, when he entered a store on the corner of Lincoln Avenue and Loara Street.  Lu Decl., ¶ 4.

A few minutes later, defendant left the store, got into the SUV and headed south on Loara Street. Agents observed defendant make a quick left turn onto Mable Street and then drive the SUV into the rear parking lot of a building at 1575 Mable Street, Anaheim, California, park and exit the SUV.   IRS-CI Special Agents saw defendant enter the building at 1575 Mable Street, which is a building of the  Fairmont Private School in Anaheim, which was operating a day camp that day for students ranging from pre-school to eighth grade.  Agents observed defendant looking out through the west facing window of 1575 Mable Street. At approximately 5:30 pm, agents saw defendant leave 1575 Mable Street parking lot in the SUV and turn west on Mable Street. Lu Decl., ¶ 5.

**b.   June 20, 2017**

At 8:33 a.m., defendant posted to his Twitter account a plea for monetary donations to a GoFundMe.com account for defendant Melissa Morton. Lu Decl., ¶ 6.

### c.  June 21, 2017

Defendants' SUV was next observed in the driveway of their apartment on June 21, 2017.  At approximately 12:30 p.m., U.S. Marshals knocked and entered defendants' apartment to see if defendant was there, but after a security sweep of the apartment, found that defendant Melissa Morton was the only person at the apartment.  Defendant Melissa Morton stated to a Deputy U.S. Marshal that when defendant Sean David Morton left the apartment, he took a firearm registered to him with him.  Lu Decl., ¶ 7.

### d.  August 14, 2017

Defendant Sean David Morton appeared on a livestream of a YouTube show, Project Camelot, for over two hours.[1]  Within minutes, defendant stated that the assigned AUSAs and the Court were criminals, that there was no original evidence of criminal activity presented in his case, and that the trial of his case was a joke, tantamount to a "kangaroo court."  Amongst other things, defendant stated he did not show up to the sentencing because he had withdrawn his plea and the court has no jurisdiction over him.  Defendant further stated that he was in a secure location and was likely to resume broadcasting his internet radio program soon. Lu Decl., ¶ 8.

### e.  August 21, 2017

On August 21, 2017, defendants were arrested together at the Desert Hot Springs Hotel and Spa, in Desert Hot Springs, California.  Defendants had checked into the hotel on August 20, 2017, and had made a two-day reservation. Defendant Sean David Morton was poolside, and defendant Melissa Morton was in the SUV about to leave the premises when IRS-CI Special Agents stopped her.  Lu Decl., ¶ 9.

---

[1] https://projectcamelotportal.com/2017/08/14/sean-david-morton-live-on-my-show/

-3-

### III.    <u>Offense Level Calculation and Revised Sentence Recommendation</u>

In its original sentencing position, the Government presented ample evidence of defendant's obstreperous conduct leading up to and after the trial in this case, and argued that the two-point upwards adjustment to defendant's sentencing level calculation for obstruction under U.S.S.G. § 3C1.1 applied. Docket No. 225, pp. 10-15.  Defendant's willful failure to appear at his sentencing is conduct to which this adjustment applies.  U.S.S.G. § 3C1.1, Commentary, Note 4(E).

This is clearly a case where defendant has willfully undertaken a systematic effort to impede this prosecution and the resulting sentencing.  As such, the Court should apply the obstruction enhancement to defendant's offense level computation, which results in a combined offense level of 30, with a Guidelines range of 97 to 121 months incarceration.

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

For all of the above stated facts regarding defendant's conduct during his flight from justice enumerated above, as well as those stated in the government's original sentencing position, the government recommends that the Court sentence defendant to a term of 109 months, midrange for defendant's combined offense level, along with a period of supervised release of 5 years.  As recommended by the Probation Office, a restitution order in the amount of $480,322.55 should be entered against defendant, and defendant should be ordered to pay a special assessment of $2,900 to the Court.  Additionally, such sentence should include (or require defendant to be subject to) the terms and conditions enumerated by the Probation Office.

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

DATED: ____09/06/2017_____          _/s/_____

VALERIE L. MAKAREWICZ
JAMES C. HUGHES
Assistant United States Attorneys
Attorneys for the United States of America

SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JAMES C. HUGHES (CBN 263878)
VALERIE L. MAKAREWICZ (CBN 229637)
Assistant United States Attorney
      Federal Building, Suite 7211
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-2729
      Facsimile: (213) 894-0115
      E-mail: Valerie.Makarewicz@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>SEAN DAVID MORTON, et al.,<br><br>           Defendant. | No. CR 15-00611-SVW<br><br>__DECLARATION OF IRS-CI__<br>__SPECIAL AGENT PETER LU__ |

## __DECLARATION OF IRS-CI SPECIAL AGENT PETER LU__

Pursuant to 28 U.S.C. § 1746, I, PETER LU, declare under penalty of perjury, as follows:

1.     I am a Special Agent with the Internal Revenue Service-Criminal Investigation ("IRS-CI"), employed in its El Monte, California office.  I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2.     Beginning at approximately 1:35 p.m. on June 19, 2017, IRS-CI Special Agents, including myself, conducted surveillance of the defendants' apartment located in Hermosa Beach, California.  Defendants' vehicle, a white 2006 Ford Escape, was not in the driveway of their residence, but I soon found it parked in the parking lot of a

Domino's Pizza on Pacific Coast Highway between 2nd and 3rd street in Hermosa Beach, California.

3. At about 2:22 p.m., I witnessed defendant Sean David Morton walking briskly to his SUV, wearing a grey hooded sweatshirt (with the hood on), a hat, and sunglasses, and carrying a black computer bag. I saw defendant open the driver's side of the SUV, take off his sweatshirt, place his bag and sweatshirt inside, and get into the SUV and drive away, onto PCH heading south.

4. IRS-CI Special Agents, including myself, followed defendant for several miles and agents observed him entering the 91 Freeway heading east. Defendant was followed for several miles eastbound on the 91 Freeway and observed exiting onto Magnolia Street from the 5 Freeway South/91 east interchange. After exiting onto Magnolia Street, defendant was observed abruptly making a U-turn and then again entering the 5 Freeway southbound. Then, defendant was observed abruptly exiting the 5 Freeway south at Lincoln Avenue, wherein he made a right turn, and then another right turn on Loara Street, before he parked his SUV near the corner of Loara Street and Lincoln Avenue in Anaheim, California, when I saw him entering a store on the corner of Lincoln Avenue and Loara Street.

5. A few minutes later, I saw defendant leaving the store, getting into the SUV and heading south on Loara Street. I saw defendant make a quick left turn onto Mable Street and then drive the SUV into the rear parking lot of a building at 1575 Mable Street, Anaheim, California, park and exit the SUV. I saw defendant enter the building at 1575 Mable Street, which is the Fairmont Private School in Anaheim, which was operating a day camp that day for students ranging from pre-school to eighth grade. I saw defendant looking out through the west facing window of 1575 Mable Street. At approximately 5:30 pm, defendant left 1575 Mable Street parking lot in the SUV.

6. On June 20, 2017, at 8:33 a.m., defendant posted to his Twitter account a plea for monetary donations to a GoFundMe.com account for defendant Melissa Morton.

7. On June 21, 2017, defendants' SUV was observed by IRS-CI Special Agents in the driveway of their apartment. At approximately 12:30 p.m., U.S. Marshals knocked

and entered defendants' apartment to see if defendant was there, but after a security sweep of the apartment, found that defendant Melissa Morton was the only person at the apartment.  I know from conversations with the Deputy U.S. Marshal that defendant Melissa Morton stated to a Deputy U.S. Marshal that when defendant Sean David Morton left the apartment, he took a firearm registered to him with him.

8.  On August 15, 2017, defendant Sean David Morton appeared on a livestream of a YouTube show, Project Camelot, for over two hours.  I have watched this program. Defendant stated that the assigned AUSAs and the Court were criminals, that there was no original evidence of criminal activity presented in his case, and that the trial of his case was a joke, tantamount to a "kangaroo court."  Defendant stated he did not show up to the sentencing because he had withdrawn his plea and the court has no jurisdiction over him.  Defendant stated that he was in a secure location and was likely to resume broadcasting his internet radio program soon.

9.  On August 21, 2017, defendants were arrested together at the Desert Hot Springs Hotel and Spa, in Desert Hot Springs, California.  Defendants had checked into the hotel on August 20, 2017, and had made a two-day reservation. I arrested defendant at the hotel's pool.  Defendant Melissa Morton was in the SUV about to leave the premises when IRS-CI Special Agents stopped her.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in El Monte, California, on September 6, 2017.

PETER LU
Special Agent, IRS-CI

3

**PROOF OF SERVICE BY MAILING**

    I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

    On **September 6, 2017**, I served

    **UNITED STATES' AMENDED SENTENCING MEMAORANDUM FOR DEFENDANT SEAN DAVID MORTON; DECLARATION**

on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.  Date of mailing: **September 6, 2017**

    Place of mailing: Los Angeles, California

    **See attached list**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on: **September 6, 2017,** Los Angeles, California.

                      /s/_____

                    **Barbara Le**

RE: USA V. SEAN DAVID MORTON, ET AL

CASE NO.: CR 15-611 SVW

<u>Service List</u>

Sean David Morton
565 Pier Avenue
Box 1274
Hermosa Beach, CA 90274-1274

Sean David Morton
1708342757
West Valley Detention Center
9500 Etiwanda Ave
Rancho Cucamonga, CA 91739